Scott D. Baker (SBN 84923)
Adaline J. Hilgard (SBN 173213)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Peter D. Raymond (*not admitted in N. D. Cal*)
Jeffrey M. Tamarin (*not admitted in N. D. Cal*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

Telephone: 212.521.5400
Facsimile: 212.521.5450

Attorneys for Mobile ESPN, LLC
Arnold Worldwide, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD STUART<br>JEREMY CLYDE, dba CHAD & JEREMY,<br><br>Plaintiffs,<br><br>vs.<br><br>MOBILE ESPN, LLC<br>ARNOLD WORLDWIDE, LLC,<br><br>Defendants. | No.: C 06 2094 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Compl. Filed: March 21, 2006<br><br>Honorable Susan Illston |

1  The parties, through their undersigned counsel, hereby stipulate as follows:

3  1) The Case Management Conference in this case is currently set for July 21, 2006 at
4  2:00 p.m. The Case Management Conference Statement and Rule 26(f) Report are currently due on
5  July 14, 2006.

7  2) Defendants have filed a Motion to Transfer Venue, which is scheduled for hearing on
8  August 18, 2006. In light of the Motion to Transfer and the fact that if the case is transferred, there
9  will be no need for a Case Management Conference in this Court, the parties agree to reschedule the
10 Case Management Conference and related dates to some time after the hearing on the Motion to
11 Transfer.

13 3) Accordingly, the parties stipulate to the following schedule changes in this case:

15  o Last day to complete initial disclosures or state objection in Rule 26(f) Report,
16    file Case Management Statement and file/serve Rule 26(f) Report:
17    <u>Reschedule from July 14, 2006 to September 8, 2006.</u>

19  o Case Management Conference (CMC) in Courtroom 10, 19th Floor at 2:00
20    p.m.: <u>Reschedule from July 21, 2006 to September 15, 2006.</u>

No.: C 06 2094 SI — 1 — DOCSSFO-12444571.1
Stipulation and [Proposed] Order re CMC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: July 6, 2006

REED SMITH LLP

By  /s/Adaline J. Hilgard
    Scott D. Baker
    Adaline J. Hilgard
    Attorneys for Mobile ESPN, LLC and
    Arnold Worldwide, LLC

DATED: July 6, 2006

ENTERTAINMENT LAW

By  /s/Steven Ames Brown
    Steven Ames Brown
    Attorneys for Chad Stuart, Jeremy Clyde, dba Chad
    & Jeremy

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: July ___, 2006

    United States District Judge